GOGGINS v. BALATSIAS

No. 463PA99

Case below: 135 N.C.App. 732

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.

HARBORGATE PROP. OWNERS ASS'N v.
  MT. LAKE SHORES DEV. CORP.

No. 294P99

Case below: 133 N.C.App. 347

Petition by appellants (James E. and LaVerne Tumlin) discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

HARDY v. MOORE COUNTY

No. 299A99

Case below: 133 N.C.App. 321

Motion by defendants (Wiley Barrett and Phillip I. Ellen) to dismiss appeal denied 25 August 1999. Motion by defendants (Moore County and Moore County Tax Department) to dismiss appeal denied 25 August 1999.

HARRIS v. UNION CAMP CORP.

No. 370P99

Case below: 134 N.C.App. 184

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

HIEB v. LOWERY

No. 448P99

Case below: 134 N.C.App. 1

Petition by Charles G. Monnet, III for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.